UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 14-32259-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

JUAN J COLMENARES
XXX-XX-2189

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of December, 2017.

_/s/ Robin R. Weiner_
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
JUAN J COLMENARES
2640 S UNIVERSITY DR. # 220
FORT LAUDERDALE, FL  33328

**ATTORNEY FOR DEBTOR**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

**CREDITOR(S)**
ACCEPTANCE NOW
5501 HEADQUARTERS DR
PLANO, TX  75024

AMC MORTGAGE SERVICES
CITIMORTGAGE, INC
00105280 CORPORATE DR
FREDERICK, MD  21703

BECKET & LEE, LLP
POB 3001
MALVERN, PA  19355

CAPITAL ONE
POB 30253
SALT LAKE CITY, UT  84130

CAPITAL ONE
POB 5253
CAROL STREAM, IL  60197

CARIDAD M. CARRIDO, ESQUIRE
2800 PONCE DE LEON
FL

CENTRAL MORTGAGE CORP
801 JOHN BARROW ROAD
SUITE 1
LITTLE ROCK, AR  72205

CITIMORTGAGE, INC
POB 688971
SIOUX FALLS, SD  57117-6030

CITIMORTGAGE, INC.
C/O BROCK & SCOTT, PLLC
POB 25018
TAMPA, FL  33622

CITIMORTGAGE, INC.
C/O NICHOLE ALVAREZ ESQUIRE
1501 NW 49TH ST., SUITE 200
FORT LAUDERDALE, FL  33309

CITIMORTGAGE, INC.
POB 6030
SIOUX FALLS, SD  57117-6030

ECAST SETTLEMENT CORPORATION
POB 29262
NEW YORK, NY  10087-9262

ERNESTINA AZEVEDO
URB. EL PINONAL MORACAY
EDO-ARDGUA VENEZUELA


GMAC MORTGAGE
3451 HAMMOND AVE., #150
WATERLOON, IA  50702

LAW OFFICE OF TUCKER & TIGHE
800 EAST BROWARD BLVD STE 710
FORT LAUDERDALE, FL  33301

MERCANTIL COMMERCE BANK
12496 NW 25 STREET
MIAMI, FL  33182

NCEP, LLC
C/O ASCENSION CAPITAL GROUP
POB 165028
IRVING, TX  75016

NCEP,LLC
POB 4138
HOUSTON, TX  77210-4138

NEW PENN FINANCIAL, LLC
C/O SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE, SC  29603

NISSAN MOTOR ACCEPTANCE CORP
8900 FREEPORT PARKWAY
IRVING, TX  75063

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
NORFOLK, VA  23541

ROYAL GRAND CONDO ASSOC.
POB 668124
C/O CENTERSTATE BANK
MIAMI, FL  33166

ROYAL GRAND CONDOMINIUM
PO BOX 961245
FORT WORTH, TX  76161

ROYAL GRAND CONDOMINIUM ASSOCIATION, INC.
C/O INTEGRITY PROPERTY MANAGEMENT
5665 CORAL RIDGE DRIVE
CORAL SPRINGS, FL  33076

ROYAL GRAND CONDOMINIUM ASSOCIATION, INC.
C/O TUCKER & TIGHE, P.A.
800 E. BROWARD BLVD., SUITE 710
FORT LAUDERDALE, FL  33301

ROYAL GRAND CONDOMINIUM ASSOCIATION, INC.
POB 122015
FORT LAUDERDALE, FL  33312

SANTANDER CONSUMER USA
POB 961245
FORT WORTH, TX  76161

SYNCB/HOME DESIGN
POB 965036
ORLANDO, FL  32896

TERESA HAIR, ESQ.
1501 NW 49 ST STE 200
BROCK & SCOTT, PLLC
FORT LAUDERDALE, FL  33309

WEISFIELD JEWELERS/STERLING JEWELER
C/O BANKRUPTCY
POB 1799
AKRON, OH  44309